UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CAMILLE SMITH, JERRY PROVINCE, SAMUEL
RAMOS, AND JOSE MORALES, suing on behalf         :
of themselves and all others similarly situated,

                                                                  :
                           Plaintiffs,
        -against-                           :         08 Civ. 3313 (SHS)

DAVID PATERSON, BRIAN FISCHER, GLENN        :
GOORD, RICHARD DESIMONE, and JOHN DOES
Nos. 1-150 (members of the New York State Department   :
of Correctional Services whose names are presently
unknown to plaintiff,                            :

                           Defendants.       :
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Michael J. Keane, of the Office of the Attorney General of the State of New York, hereby appears as counsel in the above captioned action on behalf of defendants David Paterson, Brian Fischer, Glenn Goord, and Richard DeSimone, for the sole purpose of complying with the Court's scheduling order. None of the defendants have been served to date.

Dated: New York, New York
       April 18, 2008

                                            Respectfully submitted,

                                            ANDREW CUOMO
                                            Attorney General of the
                                             State of New York
                                            Attorney for Defendants

                          By:      s/ Michael J. Keane
                                Michael Keane
                                Assistant Attorney General
                                120 Broadway - 24th Floor
                                New York, New York 10271
                                (212) 416-8550