UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CAMILLE SMITH, JERRY PROVINCE, SAMUEL
RAMOS, AND JOSE MORALES, suing on behalf
of themselves and all others similarly situated,

                Plaintiffs,

    -against-                              :         08 Civ. 3313 (SHS)

DAVID PATERSON, BRIAN FISCHER, GLENN
GOORD, RICHARD DESIMONE, and JOHN DOES
Nos. 1-150 (members of the New York State Department
of Correctional Services whose names are presently
unknown to plaintiff,

                Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Andrew Meier, of the Office of the Attorney General of the State of New York, hereby appears as counsel in the above captioned action on behalf of defendants David Paterson, Brian Fischer, Glenn Goord, and Richard DeSimone, for the sole purpose of complying with the Court's scheduling order.

Dated: New York, New York
       April 21, 2008

                                                                     Respectfully submitted,

                                                                     ANDREW CUOMO
                                                                     Attorney General of the
                                                                       State of New York
                                                                     Attorney for Defendants


                                            By:      s/ Andrew Meier
                                                              Andrew Meier
                                                              Assistant Attorney General
                                                              120 Broadway - 24th Floor
                                                              New York, New York 10271
                                                              (212) 416-8305