```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMILLE SMITH, JERRY PROVINCE, SAMUEL
RAMOS, AND JOSE MORALES, suing on behalf
of themselves and all others similarly situated,

                    Plaintiffs,

            -against-

DAVID PATERSON, BRIAN FISCHER, GLENN
GOORD, RICHARD DeSIMONE, and JOHN
DOES, Nos. 1-150 (members of the New York
State Department of Correctional Services
whose names are presently unknown to
plaintiffs)
                  Defendants.

------------------------------------------------------------X

NOTICE OF DISMISSAL
PURSUANT TO RULE
41(a)(1)(A)(i) AS TO
PLAINTIFF JOSE MORALES

CV 08 3313 (SHS)(FM)

      **PLEASE TAKE NOTICE** that plaintiff JOSE MORALES hereby voluntarily dismisses all claims asserted on his behalf in the above-captioned civil action without prejudice pursuant to Federal Rule 41(a)(1)(A)(i).

Dated: Brooklyn, New York
       April 24, 2008

                                  LEVENTHAL & KLEIN, LLP
                                  Attorneys for the Plaintiffs
                                  45 Main Street, Suite 230
                                  Brooklyn, New York 11201
                                  (718) 722-4100

                              By: _____
                                  BRETT H. KLEIN

SO ORDERED 4/24/08
_____
USDJ