Apr-25-2008 07:04 PM Leventhal & Klein, LLP 718-522-3225    2/2
Received: Apr 25 2008 07:04pm

RECEIVED
APR 25 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

**LEVENTHAL & KLEIN, LLP**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN
ADMITTED IN NY & NJ

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

April 25, 2008

**BY FAX (212) 805-7924**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  *Camille Smith, et al. v. David Paterson, et al.* 08 CV 3313 (SHS)(FM)

Your Honor:

I represent the plaintiffs and the putative plaintiff class in the above-referenced civil rights action. In light of the voluntary dismissal of plaintiff Jose Morales' claims yesterday (docket entry number 11), we write to confirm that our motion for a preliminary injunction, which is scheduled for oral argument on May 9, 2008 at 2:00 p.m., is withdrawn.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein

cc:   Michael J. Keane, Esq.

SO ORDERED 4/28/08

SIDNEY H. STEIN
U.S.D.J.

1

WWW.LEVKLEIN.COM