%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Camille Smith, Jerry Province, Samuel Ramos
and Jose Morales, et al.,

V.

David Paterson; Brian Fischer; Glenn Goord;
Richard Desimone, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 cv 3313 (SHS)

TO: (Name and address of Defendant)

Glenn Goord
NYS Department of Correctional Services
1220 Washington Avenue
Albany, New York 12226-2050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEVENTHAL & KLEIN, LLP.
45 MAIN STREET, SUITE 230
BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 2 2008

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 18, 2008 at 10:15 AM |
| NAME OF SERVER (PRINT) Steven Avery | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NYS Dept. of Correctional Services 1220 Washington Ave - Bldg 2 Albany NY 12226-2050

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Leslie Becher, Esq., co-worker of the defendant. F, W, Red, 45, 5'3, 140

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 21, 2008
Date

Signature of Server     Steven Avery

93 West Sand Lake Road Wynantskill NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.