AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Camille Smith, Jerry Province, Samuel Ramos
and Jose Morales, et al.,

V.

David Paterson; Brian Fischer; Glenn Goord;
Richard Desimone, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 civ 3313 (SHS)

TO: (Name and address of Defendant)

> David A. Paterson, Governor
> State Capitol
> Albany, New York 12224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LEVENTHAL & KLEIN, LLP.
> 45 MAIN STREET, SUITE 230
> BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 0 2 2008

CLERK                                    DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 18, 2008 at 11:00 Am |
| NAME OF SERVER (PRINT) Steven Avery | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: State Capital Albany, NY 12224

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon William Estes, Esq., co-worker of the defendant. M, W, Br, 45, 5'10, 180

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 21, 2008
_____Date

Signature of Server  Steven Avery

93 West Sand Lake Road Wynantskill NY
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.